**ZHONG QIN ZHENG, Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 12–2649.

United States Court of Appeals, Eighth Circuit.

Submitted: March 18, 2013.

Filed: April 5, 2013.

Zhong Qin Zheng, Lebanon, PA, pro se.

Karen Yolanda Drummond, Richard M. Evans, Brooke Maurer, Andrew Oliveira, U.S. Department of Justice, Washington, DC, for Respondent.

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

PER CURIAM.

Zhong Quin Zheng, a native and citizen of China, petitions for review of an order of the Board of Immigration Appeals (BIA) denying his motion to reopen removal proceedings. After careful review, we conclude that the BIA acted within its discretion. *See Averianova v. Holder,* 592 F.3d 931, 936 (8th Cir.2010). Accordingly,